NO. 07-10-0264-CR
NO. 07-10-0265-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

NOVEMBER 10, 2010
_____

ANTHONY CALDERON,

Appellant

v.

THE STATE OF TEXAS,

Appellee
_____

FROM THE COUNTY COURT AT LAW NO. ONE OF LUBBOCK COUNTY;

NOS. 2007-445080, 2009-456184; HON. STUART MESSER, PRESIDING
_____

*On Motion to Dismiss*
_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant Anthony Calderon, by and through his attorney, has filed a motion to dismiss his appeals because he no longer desires to prosecute them. Without passing on the merits of the case, we grant the motions to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeals. Having dismissed the appeals at appellant's request, no motions for rehearing will be entertained, and our mandates will issue forthwith.


Do not publish.                                        Per Curiam